Carianne Robles-Pujals G045716
Name and Prisoner/Booking Number

Estrella
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

NOV 0 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Carianne Robles-Pujals,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone et. al,
(Full Name of Defendant)

(2) Maricopa County Sheriff Office,

(3) Estrella Jail,

(4) CHS Medical Services,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02340-PHX-JJT--ASB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: Estrella detention facility

2. Institution/city where violation occurred: ESTRELLA Detention Facility Phoenix AZ 85009

3.

B.  DEFENDANTS

1. Name of first Defendant: **Paul Penzone**. The first Defendant is employed
as: **Maricopa County Sheriff** at **Estrella Detention Facility**.
    (Position and Title)                                (Institution)

2. Name of second Defendant: **CHS Medical**. The second Defendant is employed as:
as: **Correction Health Services** at **Estrella Jail**.
    (Position and Title)                                (Institution)

3. Name of third Defendant: **MCSO**. The third Defendant is employed
as: **Detention Center** at _____.
    (Position and Title)                                (Institution)

4. Name of fourth Defendant: **Estrella Female Jail**. The fourth Defendant is employed
as: **Correction** at **Phoenix Arizona**.
    (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **8th amendment.** Health & Safety negligence

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ~~[scratched out]~~

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   There is a visable toxic mold infestation throughout the facility including showers, vents, toilets, sinks, water dispensers, and air vents. Fruits and bread is served to inmates/prisoners. The facility knowingly does not provide the appropriate level of healthcare for the harmful spores being ingested daily.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I'm having digestion and breathing issues which will be a life long injury

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff fails to notify inmates or acknowledge the black mold concern.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: **1997i: Title 42 respecting Stands of Care**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The facility ignores the long term and current issues being caused by the mold all over the building. The Standards of care are not up to Standards.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Long term injury due to mold poisoning.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to retaliation to inmates

## COUNT III

1. State the constitutional or other federal civil right that was violated: __1997g, Title 42__
   __Priorities for use of funds__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☒ Basic necessities     ☐ Mail            ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property     ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   MCSO and appropriate authorities have not made correct use of funds as according to 1997g to fix such unconstitutional or illegal conditions that exist.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I'm having breathing problems here and digestive issues. This is due to the mold I'm forced to breath in.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Fear of retaliation while being here at Estrella__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking: Relief for my suffering from the breathing issues I'm forced to deal with here in this mold filled facility, Estrella Jail. This facility, Estrella Jail is in violation of the plaintiffs 8th and 14th amendment rights along with negligence. I'm seeking $75,000 in monitary damages per count

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/14/2023
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____ **November 2, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

_____

_____

_____
Legal Support Specialist Signature

**B5954**
S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009